UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Nicole Abbatemarco, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

DeSocio & Fuccio, P.C.,

                    Defendant.

Case No: 2:21-cv-03465-JMA-SIL

**NOTICE OF MOTION**

---

**PLEASE TAKE NOTICE** that upon the Declaration of David M. Barshay, Esquire, dated August 17, 2021, and upon the Memorandum of Law dated August 17, 2021, and upon the complaint herein, the plaintiff, Nicole Abbatemarco, through her undersigned counsel, will move this Court, United States District Court Judge Joan M. Azrack, on a date and location to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 55(b) and Local Civil Rule 55.2 granting Plaintiff a default judgment, and for such other, further and different relief that the Court deems just and proper.

Dated: August 17, 2021
       Melville, New York

                                  By: s/ *David M. Barshay*
                                  David M. Barshay, Esquire
                                  Barshay, Rizzo & Lopez, PLLC
                                  445 Broadhollow Road | Suite CL18
                                  Melville, New York 11747
                                  Tel: (631) 210-7272
                                  Fax: (516) 706-5055
                                  Our File No.: BRL21238
                                  *Attorneys for Plaintiff*

To:    DeSocio & Fuccio, P.C.
          6 Townsend Square
          Oyster Bay, New York 11771